# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY GRISSOM, | ) | Case No. ED CV 17-1025-AS |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 13, 2018.

                                        /s/
                              ALKA SAGAR
                UNITED STATES MAGISTRATE JUDGE